**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-00316-LTB-CBS

WILLIAM JENNINGS,

       Plaintiff,

v.

WARDEN H.A. RIOS, JR.,

       Defendant.

_____

**ORDER**
_____


THIS MATTER is before me upon the recommendation of the Magistrate Judge that

Applicant's 28 U.S.C. § 2241 Petition be denied and the above action be dismissed.

Applicant has filed timely written objections to the Magistrate Judge's recommendation.

Therefore, I have reviewed the recommendation *de novo* in light of the objections and file

in this matter.

I first note that Applicant's argument rests principally upon a dissent in *Moody v.*

*Daggett*, 429 U.S. 78 (1976).  The dissent is not binding on this Court.  I conclude that the

Magistrate Judge's analysis of Applicant's argument concerning the timeliness of

resolution of the parole violator warrant is correct.

I also conclude that the Magistrate Judge's analysis of Applicant's argument that

his rehabilitation is being frustrated is also correct.

On *de novo* review therefore, I conclude that the Magistrate Judge's recommendation is correct.  Accordingly

IT IS ORDERED that Applicant's 28 U.S.C. § 2241 Petition is DENIED and the above action is DISMISSED.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED:    September 12, 2006